**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nehemiah Kong,<br><br>            Plaintiff,<br><br>    v.<br><br>Bagel Boys LLC, et al.<br><br>            Defendant(s). | SACV 18-01622  JVS (ADSx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:  December 13, 2018

_____
James V. Selna
United States District Judge